UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-22563-CIV-ALTONAGA/Reid
CONSOL. CASE NO. 24-22865-CIV-ALTONAGA/Reid

**REINSURANCE PARTNERS,**
**INVESTMENTS**, *et al.*,

    Plaintiffs,
v.

**MAITE LLC**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court for non-jury trial beginning on May 27, 2025 and continuing on May 28, June 2, June 3, and June 11, 2025. (*See generally* Minute Entries [ECF Nos. 112, 113, 115, 116, 117]). The issues having been duly tried, the Court announced its Findings of Fact and Conclusions of Law on the record in open court on June 12, 2025. (*See* June 12, 2025 Order [ECF No. 118]). The Court now enters final judgment separately, under Federal Rule of Civil Procedure 58. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Final Judgment is entered on Counts I and II of the Complaint [ECF No. 1] in favor of Plaintiff, **Reinsurance Partners Investments, LLC**, whose address is 1441 Brickell Ave, Suite 1210, Miami, FL, 33131; against Defendant **Maite, LLC**, whose last known address is 1111 Brickell Ave, Suite 2750, Miami, FL, 33131, in the amount of **$5,304,093.74**, which shall bear post-judgment interest at the statutory rate provided for by 28 U.S.C 1961, and for which sum let execution issue.

CASE NO. 24-22563-CIV-ALTONAGA/Reid

2. Final Judgment is entered on Counts I, II, and III of the Complaint ([ECF No. 1], Consol. Case No. 24-cv-22865) in favor of Plaintiff, **Tri-Cap Holdings, LLC**, whose address is 1441 Brickell, Suite 1210, Miami, Florida 33131, jointly and severally against Defendant **Maite, LLC**, whose last known address is 1111 Brickell Ave, Suite 2750, Miami, FL, 33131, and Defendant **Robert M. Koffler**, whose address is 115 Blue Spruce Lane, Snowmass Village, Colorado, 81615, in the amount of **$7,536,802.00**, which shall bear post-judgment interest at the statutory rate provided for by 28 U.S.C 1961, and for which sum let execution issue.

3. Final Judgment is entered on Counts I, II, and III of the Complaint ([ECF No. 1], Consol. Case No. 24-cv-22865) in favor of Plaintiff, **530 Mashta, LLC**, whose address is 6952 SW 47th Street, Unit 6952, Miami, Florida 33155, jointly and severally against **Defendant Maite, LLC**, whose last known address is 1111 Brickell Ave, Suite 2750, Miami, FL, 33131, and Defendant **Robert M. Koffler**, whose address is 115 Blue Spruce Lane, Snowmass Village, Colorado, 81615, in the amount of **$9,610,213.28**, which shall bear post-judgment interest at the statutory rate provided for by 28 U.S.C 1961, and for which sum let execution issue.[1]

4. Final Judgment is entered on Counts VI and VII of the Complaint ([ECF No. 1], Consol. Case No. 24-cv-22865) in favor of Plaintiff, **530 Mashta, LLC**, whose address is 6952 SW 47th Street, Unit 6952, Miami, Florida 33155, against Defendant, **RMK Ngena, LLC**, whose last known address is 1111 Brickell Ave, Suite 2750, Miami, FL, 33131, in the amount of **$2,374.308.30**, which shall bear post-judgment interest at the statutory rate provided for by 28 U.S.C 1961, and for which sum let execution issue.

5. All other claims asserted by Plaintiffs against Defendants are **MOOT**.

---

[1] For this figure, the Court employs the sum provided in the Proposed Final Judgment [ECF No. 120].

CASE NO. 24-22563-CIV-ALTONAGA/Reid

6. Defendant/Counter-Plaintiff **Maite, LLC** shall take nothing from Plaintiff/Counter-Defendant **530 Mashta, LLC,** and Counts I and II of its Amended Counterclaim [ECF No. 38] against this Plaintiff/Counter-Defendant are **DISMISSED**, *with prejudice.*

7. The Court directs Defendants Maite, LLC, and RMK Ngena, LLC to complete the Form 1.977(b) Fact Information Sheet for Corporations and Other Business Entities, as provided by the Florida Rules of Civil Procedure. Defendant Robert M. Koffler is directed to complete the Form 1.977(a) Fact Information Sheet for Individuals, as provided by the Florida Rules of Civil Procedure. All Defendants must provide the completed sworn 1.977 Fact Information Sheets, and all necessary documents, to Plaintiffs' counsel within 45 days from the date of entry of this final judgment, by mail to 1000 Brickell Ave, Suite 1020, Miami, Florida, 33131, and by email to counsel Melanie E. Damian, Esq. at mdamian@dvllp.com and Kristopher E. Pearson, Esq. at kpearson@dvcattorneys.com, unless this Final Judgment is satisfied before then.

8. Judgment shall be enforceable as prescribed by Federal Rules of Civil Procedure 64, 66, 69, 70.

9. For purposes of the 30-day automatic stay of judgments provided by Federal Rule of Civil Procedure 62(a), this Final Judgment shall be deemed effective as of June 27, 2025, meaning that the 30-day stay on execution of this Judgment shall expire on July 28, 2025.

10. Plaintiffs are entitled to recover attorneys' fees and costs against Defendants under their written credit agreements. Requests for attorneys' fees and costs shall not be submitted until after any post-trial motions are decided or any appeal is concluded, whichever occurs later.

11. The Clerk is directed to **CLOSE** the case. Nonetheless, the Court retains jurisdiction over this cause and over the parties for the purpose of entering all further post-judgment orders that are just and proper.

CASE NO. 24-22563-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 27th day of June, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record