UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-22563-CIV-ALTONAGA/Reid

**REINSURANCE PARTNERS INVESTMENTS, LLC,** a Florida limited liability company,

    Plaintiff,

v.

**MAITE, LLC**, a Florida limited liability company,

    Defendant.
_____/

**TRI-CAP HOLDINGS, LLC,** a South Dakota limited liability company, and **530 MASHTA, LLC,** a Florida limited liability company,

    Plaintiffs,

v.

**ROBERT M. KOFFLER,** an individual, **MAITE, LLC,** a Florida limited liability company, and **RMK NGENA, LLC,** a Florida limited liability company,

    Defendants.
_____/

**PLAINTIFFS AND DEFENDANTS' EXHIBIT INDEX AO 187**

| PRESIDING JUDGE: | PLAINTIFF'S ATTORNEY: | DEFENDANTS' ATTORNEY: |
|---|---|---|
| The Honorable Cecilia M. Altonaga | Melanie E. Damian, Esq.<br>Thomas Culmo, Esq.<br>Kristopher Pearson, Esq. | Leoncio E. De la Peña, Esq.<br>Otto de Cordoba, Esq.<br>Tracy Perez, Esq. |
| **TRIAL DATE(S):**<br>May 27, 2025; May 28, 2025; June 2, 2025; June 2, 2025; June 3, 2025; and June 11, 2025 | **COURT REPORTER:**<br>Stephanie McCarn | **COURTROOM DEPUTY:**<br>Patricia Snead |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **PLAINTIFFS' AGREED EXHIBITS:** |
| P1 | | 5/27/25 | P1 | X | 4/6/22 Eureka Re Amended and Restated Note and Allonge [PLAINTIFFS001775 – 001787] |
| P2 | | 5/27/25 | P2 | X | 7/1/24 Eureka Re Assignment to RPI [PLAINTIFFS001788 – 001792] |
| P3 | | 5/27/25 | P3 | X | 4/6/22 Unit Pledge Agreement Maite to Eureka Re [PLAINTIFFS005464 – 005467] |
| P4 | | 5/27/25 | P4 | X | 4/6/22 Membership Interest Pledge Agreement Koffler to Eureka Re [PLAINTIFFS005468 –005471] |
| P5 | | 5/27/25 | P5 | X | 2/25/21 $538K RMK Ngena Note and Allonge [PLAINTIFFS001824 – 001829] |
| P6 | | 5/27/25 | P6 | X | 1/16/24 Montana Assignment to Mashta re $538K RMK Ngena Note [PLAINTIFFS001836] |
| P7 | | 5/27/25 | P7 | X | 3/9/21 $711K RMK Ngena Note and Allonge [PLAINTIFFS001830 – 001835] |
| P8 | | 5/27/25 | P8 | X | 1/16/24 Montana Assignment to Mashta re $711K RMK Ngena Note [PLAINTIFFS001837] |
| P9 | | 5/27/25 | P9 | X | Security Agreement Koffler and Maite to Tri-Cap and Mashta [PLAINTIFFS001898 – 001909; Koffler Dep. Pls.' Ex. 11] |
| P10 | | 5/27/25 | P10 | X | 8/15/19 Amended and Restated Security Agreement Koffler and Maite to Tri-Cap and Mashta [PLAINTIFFS001888 – 001897; Koffler Dep. Pls.' Ex. 12] |
| P11 | | 5/27/25 | P11 | X | 8/23/19 UCC-1 Financing Statements [PLAINTIFFS001876 – 001881] |
| P12 | | 5/27/25 | P12 | X | 8/22/24 UCC-3 Continuation Statements [PLAINTIFFS001882 – 001887] |
| P13 | | 5/27/25 | P13 | X | 9/30/22 Tri-Cap Debt Acknowledgement [PLAINTIFFS001793 – 001800] |
| P14 | | 5/27/25 | P14 | X | 9/30/22 Mashta Debt Acknowledgment [PLAINTIFFS001801 – 001808] |
| P15 | | 5/27/25 | P15 | X | 4/1/23 Forbearance Agreement [PLAINTIFFS001809 – 001822] |
| P16 | | 5/27/25 | P16 | X | Stock Powers in Blank Signed by Koffler [PLAINTIFFS001874 – 001875; Koffler Dep. Pls.' Ex. 13] |
| P17 | | 5/27/25 | P17 | X | 7/3/23 Default Letter [PLAINTIFFS001823] |
| P18 | | 5/27/25 | P18 | X | 8/23/23 Montana Email to Koffler and Holschneider forwarding Espinosa's Email to Montana re Debt Issues (*Translated*) [DEFENDANTS000268 – 000269] |
| P20 | | 5/27/25 | P20 | X | 10/3/23 Koffler Email string with Sharkey re Call to discuss Koffler's loans to Tri-Cap and Mashta and his LIT shares [Koffler Dep. Pls.' Ex. 5] |
| P21 | | 5/27/25 | P21 | X | 10/11/23 – 10/12/23 Email string between Espinosa and Koffler, with Montana and Lozano copies, re his notes from the October 2023 Call with Koffler and Sharkey (*Translated*) [DEFENDANTS000275 – 000277] |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| P22 | | 5/27/25 | P22 | X | October 2023 Call Notes in English [PLAINTIFFS001869; Pls.' SMF, Ex. D-5 [ECF No. 67-12]; Pls.' SMF, Ex. E-10 [ECF No. 67-24]] |
| P23 | | 5/27/25 | P23 | X | 10/12/23 Koffler Email String with Sharkey re October 2023 Call Notes [Koffler Dep. Pls.' Ex. 6; DEFENDANTS000500 – 000501] |
| P24 | | 5/27/25 | P24 | X | 10/12/23 Koffler Email String with Sharkey re October 2023 Call Notes [Sharkey Dep. Pls.' Ex. 2] |
| P25 | | 5/27/25 | P25 | X | 10/12/23 Koffler Email to Sharkey re October 2023 Call Notes [Stratos Dep. Pls.' Ex. 1] |
| P26 | | 5/27/25 | P26 | X | 10/12/23 Stratos Email to Sharkey re October 2023 Call Notes [Stratos Dep. Pls.' Ex. 2] |
| P27 | | 5/27/25 | P27 | X | 10/31/23 El Gran Pote Reinstatement Printout from www.sunbiz.org [Pls.' SMF, Ex. E-11 [ECF No. 67-25]] |
| P28 | | 5/27/25 | P28 | X | 11/10/23 – 11/13/23 Espinosa-Koffler Email String re Transfer of LIT Shares *(Translated)* [DEFENDANTS000303 – 000305] |
| P29 | | 5/27/25 | P29 | X | 11/20/23 – 11/22/23 Espinosa-Koffler Email String re Draft Operating Agreement *(Translated)* [DEFENDANTS000312 – 000314] |
| P30 | D9 | 5/27/25 | P30 & D9 | X | 11/20/23 El Gran Pote Amended and Restated Operating Agreement [PLAINTIFFS001838 – 001851, 001873; DEFENDANTS000134 – 147; Pls.' SMF, Ex. E-12 [ECF No. 67-26]; Maite's Am. Countercl. [ECF No. 38]] |
| P31 | | 5/27/25 | P31 | X | 11/29/23 Espinosa Email string with Koffler re the November 2023 Assignment *(Translated)* [DEFENDANTS00000331; Koffler Dep. Pls.' Ex. 7] |
| P32 | | 5/27/25 | P32 | X | 11/29/23 Espinosa Email string with Koffler re the November 2023 Assignment *(Translated)* [DEFENDANTS00000333; Koffler Dep. Pls.' Ex. 7] |
| P33 | | 5/27/25 | P33 | X | 11/29/23 Espinosa Email string with Koffler re the November 2023 Assignment *(Translated)* [DEFENDANTS00000336; Koffler Dep. Pls.' Ex. 7] |
| P34 | | 5/27/25 | P34 | X | 11/29/23 Espinosa Email string with Koffler re the November 2023 Assignment *(Translated)* [DEFENDANTS00000343; Koffler Dep. Pls.' Ex. 7] |
| P35 | | 5/27/25 | P35 | X | 11/29/23 Espinosa Email string with Koffler re the November 2023 Assignment *(Translated)* [Sharkey Dep. Pls.' Ex. 3] |
| P36 | | 5/27/25 | P36 | X | 11/29/23 Assignment [DEFENDANTS000223; Pls.' SMF, Ex. E-13 [ECF No. 67-27]; Maite's Am. Countercl. [ECF No. 38] |
| P37 | | 5/27/25 | P37 | X | 11/30/23 Espinosa Email to Koffler re the November 2023 Assignment *(Translated)* [DEFENDANTS00000346; Koffler Dep. Pls.' Ex. 7] |
| P38 | D11 | 5/27/25 | P38 | X | 11/30/23 Koffler Email to Espinosa, Holschneider and Montana re signing the El November 2023 Assignment *(Translated)* [DEFENDANTS00001556; Koffler Dep. Pls.' Ex. 7] |

CASE NO. 24-22563-CIV-ALTONAGA/Reid

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| P39 | | 5/27/25 | P39 | X | 11/30/23 Sharkey Email to Stratos re October 2023 Call Notes [Sharkey Dep. Pls.' Ex. 4; Stratos Dep. Pls.' Ex. 3] |
| P40 | | 5/27/25 | P40 | X | 11/30/23 Sharkey Email to Stratos re El Gran Pote [Stratos Dep. Pls.' Ex. 4] |
| P41 | | 5/27/25 | P41 | X | 12/1/23 Sharkey Email to Stratos regarding October 2023 Call [Stratos Dep. Pls.' Ex. 5] |
| P42 | | 5/27/25 | P42 | X | 12/14/23 Koffler Email to Espinosa, Montana, Holschneider re share repurchase agreement (*Translated*) [Koffler Dep. Pls.' Ex. 8] |
| P43 | | 5/27/25 | P43 | X | 2/27/24 Assignment [PLAINTIFFS001852; Pls.' SMF, Ex. E-14 [ECF No. 67-28]; Koffler Dep. Pls.' Ex. 15] |
| P44 | | 5/27/25 | P44 | X | 2/29/24 El Gran Pote Second Amended and Restated [PLAINTIFFS001852 – 001868] |
| P45 | | 5/27/25 | P45 | X | 3/21/24 Draft Repurchase Option [PLAINTIFFS001870 – 001872; Pls.' SMF, Ex. E-16 [ECF No. 67-30]; Koffler Dep. Pls.' Ex. 9] |
| P46 | | 5/27/25 | P46 | X | 3/27/24 Kaufman Rossin Invoices to LIT [Stratos Dep. Pls.' Ex. 6] |
| P47 | | 5/27/25 | P47 | X | 5/15/24 Sharkey Email to Koffler re Draft Repurchase Option [Stratos Dep. Pls.' Ex. 5] |
| P49 | | 5/27/25 | P49 | X | 8/16/24 Sharkey Email String with de Cordoba re October 2023 Call Notes [Sharkey Dep. Pls.' Ex. 1] |
| P50 | | 5/27/25 | P50 | X | RPI Debt Workbook as of 5/13/25 [PLAINTIFFS005462] |
| P51 | | 5/27/25 | P51 | X | Tri- Cap Debt Workbook as of 5/13/25 [PLAINTIFFS005463] |
| P52 | | 5/27/25 | P52 | X | Mashta Debt Workbook as of 5/13/25 [PLAINTIFFS005461] |
| P53 | | 5/27/25 | P53 | X | Acquired Obligations Debt Workbook as of 5/13/25 [PLAINTIFFS005458-005460] |
| P54 | | 5/27/25 | P54 | X | 1/21/25 Expert Report of Sheri Fiske, Dated January 21, 2025, *as a Demonstrative Exhibit* |
| P55 | | 5/27/25 | P55 | X | Eureka Re Corporate Governance Document(s) |
| P56 | | 5/27/25 | P56 | X | Tri-Cap Operating Agreement(s) |
| P57 | | 5/27/25 | P57 | X | RPI Operating Agreement(s) |
| P63 | | 5/27/25 | P63 | X | 11/5/24 Maite's Resp. to RPI's Req. for Admis. |
| P64 | | 5/27/25 | P64 | X | 11/5/24 Maite's Resp. to Tri-Cap & Mashta Req. for Admis. |
| P65 | | 5/27/25 | P65 | X | 11/5/24 Koffler's Resp. to Tri-Cap & Mashta Req. for Admis. |
| P66 | | 5/27/25 | P66 | X | 11/5/24 RMK Ngena Resp. to Mashta Req. for Admis. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | **DEFENDANTS' AGREED EXHIBITS:** <br> DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | D2 | 5/27/25 | D2 | X | 6/17/24 LIT's termination letter to Koffler <br> [Defendants' Production 001519-001520] |
| | D3 | 5/27/25 | D3 | X | Communication of Koffler's removal from LIT's board of directors by LIT's shareholders <br> [Defendants Production 001522-001530] |
| | D4 | 5/27/25 | D4 | X | 3/21/24 Draft of Repurchase Share Option Contract <br> [Espinosa Dep. Ex. 7; Lozano Dep. Ex. 9; Holschneider Dep. Ex. 12] |
| | D5 | 5/27/25 | D5 | X | 6/4/24 – 6/5/24 Email chain between Keith Sharkey ("Sharkey") and others, including attorney Oscar Alfonso, Montaña, Holschneider, Koffler, Peter Stratos ("Stratos") regarding the tax implication associated with contributions of LIT shares into Clearly Holdings (f/k/a El Gran Pote, LLC) <br> [Espinosa Dep. Ex. 5; Montaña Dep. Ex. 7; Lozano Dep. Ex. 8; Holschneider Dep. Ex. 10] |
| | D6 | 5/27/25 | D6 | X | 5/20/24 – 5/22/24 Email chain between Sharkey and Carlos Espinosa ("Espinosa"), also including Montaña and Koffler on certain emails with the subject matter "LIT", relating to the understanding of the verbal agreement as to Maite's contribution of shares to El Gran Pote, as to attendant ownership rights and tax issues <br> [Espinosa Dep. Ex. 4; Montaña Dep. Ex. 6; Lozano Dep. Ex. 7; Holschneider Dep. Ex. 8] |
| | D7 | 5/27/25 | D7 | X | Espinosa's notes regarding the early October 2023 meeting between Montaña, Koffler, Holschneider, Sharkey and Stratos <br> [Defendants Production 000274-000277; Sharkey's First Prod. email dated 10/12/2023 (Id. by Defendants with Bates PLAINTIFFS000050-000052) |
| | D8 | 5/27/25 | D8 | X | 5/10/24 Email from Koffler to Sharkey, Espinosa, Montana, Gabriel Holschneider and Robert Koffler regarding LIT |
| | D10 | 5/27/25 | D10 | X | 11/29/23 Assignment of Maite, LLC to 530 Mashta, LLC of its Common Units in El Gran Pote <br> [ECF 38, Ex. 2; Espinosa Dep. Ex. 10] |
| | D12 | 5/27/25 | D12 | X | 5/10/24 – 5/17/24 Email chain from May 10–17, 2024 commencing between Sharkey and Espinosa and later forwarded by Espinosa to Sharkey <br> [Espinosa Dep. Ex. 3] |
| | D13 | 5/27/25 | D13 | X | 11/29/23 – 11/30/23 Email from Koffler to Sharkey enclosing Espinosa draft of Gran Pote operating agreement and of the Espinosa notes of October 2023 conference call to Sharkey and Sharkey forwarding this to Stratos <br> [Espinosa Dep. Ex. 8; Stratos Dep. Ex. 3] |
| | D14 | 5/27/25 | D14 | X | 9/22/23 Koffler emails to various persons at LIT regarding Cooperation Agreement <br> [Espinosa Dep. Ex. 12] |
| | D15 | 5/27/25 | D15 | X | 8/23/23 Espinosa email to Montaña forwarded to Koffler *(Translated)* <br> [Espinosa Dep. Ex.11; Defendants Production 000268] |
| | D16 | 5/27/25 | D16 | X | 1/26/24 Email from LIT's CEO to Board re Equity raises <br> [Montaña Dep. Ex. 8; Plaintiffs Production 005195] |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | D17 | 5/27/25 | D17 | X | 10/11/23 Email from Espinosa to Koffler and others [Montaña Dep. Ex. 5; Defendants Production 000274] *(Translated)* |
| | D18 | 5/27/25 | D18 | X | 11/29/23 – 11/30/23 Several emails between Koffler and Espinosa regarding the execution of the 2023 assignment [Montaña Depo Ex. 4; Defendants Production 000346, 000336, 000333, 000331]*(Translated)* |
| | D19 | 5/27/25 | D19 | X | 10/3/23 Email exchange scheduling meeting [Montaña Dep. Ex 2] |
| | D20 | 5/27/25 | D20 | X | 11/21/23 Email from Delia Lozano to Espinosa, Koffler and various regarding Gran Pote [Defendants Production 000311] *(Translated)* |
| | D21 | 5/27/25 | D21 | X | 11/30/23 Email exchange between Espinosa and Koffler regarding executing the November 2023 Assignment [Defendants Production 000347-000348] *(Translated)* |
| | D22 | 5/27/25 | D22 | X | 11/29/23 Email exchange between Espinosa and Koffler re assignment [Defendants Production 000328-000329]*(Translated)* |
| | D23 | 5/27/25 | D23 | X | 11/29/23 Email exchange between Espinosa and Koffler re assignment [Defendants Production 00333-335]*(Translated)* |
| | D24 | 5/27/25 | D24 | X | 11/29/23 Email exchange between Espinosa and Koffler re assignment [Defendants Production 000340-341]]*(Translated)* |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBITS:** |
| | D1 | I, R, H, F, C, UP | 6/3/25 | D1 | X | 6/11/24 Email from Robert Koffler ("Koffler") to Camilo Montaña ("Montaña") and Gabriel Holschneider ("Holschneider") with the subject "Our Partnership" [Espinosa Dep. Ex. 6; Montaña Dep. Ex. 10; Holschneider Dep. Ex. 11] |

6

CASE NO. 24-22563-CIV-ALTONAGA/Reid

Dated: July 7, 2025.                                  Respectfully submitted,

By: */s/Melanie E. Damian*
Melanie E. Damian
Florida Bar Number 99392
mdamian@dvllp.com
Kristopher E. Pearson
Florida Bar Number 16874
kpearson@dvcattorneys.com
DAMIAN | VALORI | CULMO
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile:  (305) 371-3965

*Attorneys for Plaintiffs, Reinsurance Partners Investments, LLC, Tri-Cap Holdings, LLC and 530 Mashta, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2025, a true and correct copy of the foregoing document was served via email to all counsel of record.

*/s/Melanie E. Damian*
Melanie E. Damian