

Certificate of Accuracy

State of Florida)
County of Miami-Dade)

**Vicente de la Vega**, certified by the Administrative Office of the United States Court and by the Court Interpreters Certification Board of the State of Florida, swears, deposes and states that the attached certified translation is accurate and has been performed by a translator fully qualified to translate in the **SPANISH** and **ENGLISH** languages, as engaged to this effect by and on behalf of Precision Translating Services, Inc.

**The utmost care has been taken to ensure the accuracy of all translations. Precision Translating Services, Inc. and its employees shall not be liable for any damages due to its own negligence or errors in typing or translation, nor shall it be liable for the negligence of third parties.**

**Vicente de la Vega**

Pursuant to Section 117.05(13)(a), Florida Statutes, the following notarial certificate is sufficient for an oath or affirmation:

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me by means of [x] physical presence or [ ] online notarization on May 21, 2025 by **Vicente de la Vega**, who is personally known to me or who has produced a Florida Driver's License as identification.

My commission expires:



Notary Public
State of Florida at Large

DAMVAL-LF_250519.01_1 of 1_TARGET_ENGLISH__EX 28 - DEFENDANTS000303-305_Packet.pdf

**Herminia Gonzalez**

Subject: FW: TRANSFER OF LIT SHARES

From: Carlos Espinosa <carlosa@espinosaasociados.com>
Date: 11/13/23 8:15 AM (GMT-07:00)
To: Robert Koffler <robert.koffler@lit-us.com>
Cc: Delia Lozano Luna <dll@rainmakergroup.com>, cmontanap <cmontanap@gmail.com>, Gabriel Holscheneider <gho@rainmakergroup.com>, cmontanap@icloud.com
Subject: Re: TRANSFER OF LIT SHARES

Haha, yes, Gabriel, it's my Alzheimer's acting up.

Carlos A. Espinosa

> On Nov 13, 2023, at 9:38 AM, Robert Koffler <robert.koffler@lit-us.com> wrote:
>
> Hello, Carlos,
> I greatly appreciate your support, and no worries, there's been no change regarding how to proceed that would entail changing the spirit of the company.
> I understand that this has taken a long time, but I don't think that I would have delayed it had I not recently brought between 5 to 7 million dollars in taxes to the table, which would be foolish to promote. Therefore, of course I have to agree, but my only comment to your last email was that I had not seen the new OA, which in the end is the most important part of this operation. The reason is that if the language in this document is correct, the accountants must review it and tell us "whether we cover the minimum standards for processing and administration standards" for the LLC so as not to activate the tax and thus do it correctly based on their recommendation.
> As always, let me know if you need anything.
> Just to make sure, below you mentioned Gustavo, but I imagine that you were referring to Gabriel?
> Take care,



Robert Koffler
Founder & Chairman of the Board
(305) 530-1801  |  (786) 493-3997
1111 Brickell Ave, Suite 2775, Miami, FL, 33131
www.lit-us.com

This message is intended only for the personal and confidential use of the designated recipient (s) named above. If you are not the intended recipient, please delete this message. This communication is for information purposes only and is not intended to provide, and should not be relied on for, tax, legal or accounting advice. E-mail transmissions can not be guaranteed to be secure or error-free and therefore, it should not be relied upon.

From: carlosa@espinosaasociados.com <carlosa@espinosaasociados.com>
Sent: Saturday, November 11, 2023 3:07 AM
To: Robert Koffler <robert.koffler@lit-us.com>; Delia Lozano Luna <dll@rainmakergroup.com>

1

DEFENDANTS PRODUCTION 000303

Cc: cmontanap <cmontanap@gmail.com>
**Subject:** Re: TRANSFER OF LIT SHARES
Robert
I'm a little lost, and we really, truly need to close this matter one way or another.
a. Can we transfer your shares to El Gran Pote now? Or
b. Do you want us to send you a draft of the O.A. first so you can review it and then proceed from there?
I'm sorry for being so direct, but this matter has been dragging on since July, and as I said before, the situation with the banks has already been very complex for us.
Please let me know. I know that you all have a lot of things on your plate, but if you have any questions, I would prefer to have a short call on Monday, with Delia participating in it, so we can clarify things.
Thanks
CARLOS A

<~WRD3514.jpg>
"The key is to keep company only with people who uplift you, whose presence calls forth your best."
Epictetus

-------Original Message-------
From: Robert Koffler <robert.koffler@lit-us.com>
To: carlosa@espinosaasociados.com <carlosa@espinosaasociados.com>, Delia Lozano Luna <dll@rainmakergroup.com>
Cc: cmontanap <cmontanap@gmail.com>
Subject: RE: TRANSFER OF LIT SHARES
Sent: 10 Nov '23 09:34
Thanks

**Robert Koffler**
Founder & Chairman of the Board
<~WRD3514.jpg> (305) 530-1801  | <~WRD3514.jpg> (786) 493-3997
<~WRD3514.jpg> 1111 Brickell Ave, Suite 2775, Miami, FL, 33131
<~WRD3514.jpg> www.lit-us.com

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient, please delete this message. This communication is for information purposes only and is not intended to provide, and should not be relied on for, tax, legal or accounting advice. E-mail transmissions can not be guaranteed to be secure or error-free and therefore, it should not be relied upon.

-------- Original message --------
From: carlosa@espinosaasociados.com
Date: 11/10/23 7:31 AM (GMT-07:00)
To: Robert Koffler <robert.koffler@lit-us.com>, Delia Lozano Luna <dll@rainmakergroup.com>
Subject: RE: TRANSFER OF LIT SHARES
I only sent you the certificates. We have not made an OA.

<~WRD3514.jpg>
"The key is to keep company only with people who uplift you, whose presence calls forth your best." Epictetus



-------Original Message-------
From: Robert Koffler <robert.koffler@lit-us.com>
To: carlosa@espinosaasociados.com <carlosa@espinosaasociados.com>, Delia Lozano Luna <dll@rainmakergroup.com>
Cc: cmontanap <cmontanap@gmail.com>
Subject: RE: TRANSFERENCIA PARTICIPACIONES LIT
Sent: 10 Nov '23 09:23

Hello, Carlos. I can't see the LLC document aside from the certificates.

**Robert Koffler**
Founder & Chairman of the Board
(305) 530-1801 | (786) 493-3997
1111 Brickell Ave, Suite 2775, Miami, FL, 33131
www.lit-us.com

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient, please delete this message. This communication is for information purposes only and is not intended to provide, and should not be relied on for, tax, legal or accounting advice. E-mail transmissions can not be guaranteed to be secure or error-free and therefore, it should not be relied upon.

From: carlosa@espinosaasociados.com <carlosa@espinosaasociados.com>
Sent: Friday, November 10, 2023 5:26 AM
To: Robert Koffler <robert.koffler@lit-us.com>; Delia Lozano Luna <dll@rainmakergroup.com>
Cc: cmontanap <cmontanap@gmail.com>; Delia Lozano Luna <dll@rainmakergroup.com>
Subject: Re: TRANSFER OF LIT SHARES

Good morning, Robert, I hope that you and yours are doing well.

We already have the company for transferring the shares (I'm attaching the documents). The idea, per our discussion, is that Mashta, Maite and/or RF would transfer shares at the cost basis, then once that is done, you transfer the shares that would allow Mashta's liabilities to be covered. At the same time, we negotiate the side letter for the repurchase option that you will have on those shares.

Tricap, which has participated in this process since the beginning, is finishing up some evaluations since they could be affected by this plan, but the position between Camilo and Gustavo is that the three partners must come together, act jointly and none should do anything that would affect the others, above all the business.

For now, I want you to look into the company, confirm to me that we are ready, then tell me when we can talk so that I can explain to you the details, above all to set the basic points of the side letter/option to buy, so that I can make a draft of that document.

Take care,
CARLOS A

"The key is to keep company only with people who uplift you, whose presence calls forth your best." Epictetus

3
**DEFENDANTS PRODUCTION 000305**



# Herminia Gonzalez

**Subject:** FW: TRANSFERENCIA PARTICIPACIONES LIT

From: Carlos Espinosa <carlosa@espinosaasociados.com>
Date: 11/13/23 8:15 AM (GMT-07:00)
To: Robert Koffler <robert.koffler@lit-us.com>
Cc: Delia Lozano Luna <dll@rainmakergroup.com>, cmontanap <cmontanap@gmail.com>, Gabriel Holscheneider <gho@rainmakergroup.com>, cmontanap@icloud.com
Subject: Re: TRANSFERENCIA PARTICIPACIONES LIT

Ja ja si, gabriel, este alzheimer

Carlos A. Espinosa

> On Nov 13, 2023, at 9:38 AM, Robert Koffler <robert.koffler@lit-us.com> wrote:

Hola Carlos,
Muchas gracias por el apoyo y sin duda nada cambio con referencia a proceder sin cambiar el espíritu de la sociedad.
Entiendo q esto tiene un tiempo pendiente pero no creo yo haberlo demorado a no ser de traer a la mesa recientemente un impuesto de entre 5 y 7mm de dólares q seria insensato promover. Por ello claro q estoy de acuerdo, pero mi único comentario a tu ultimo correo era q no había visto el nuevo OA q a la larga es lo más importante de esta operación ya q con el lenguaje correcto en este documento los contadores lo deberían revisar y nos dirán 'si cubrimos los estándares mínimos de proceso y administración' del LLC para q no se active el impuesto y así lo hagamos bien en base a su recomendación.
Como siempre, lo q necesites me avisas.
Nota…abajo mencionaste a Gustavo pero me imagino q te referías a Gabriel?
Saludos,



**Robert Koffler**
Founder & Chairman of the Board
(305) 530-1801  |  (786) 493-3997
1111 Brickell Ave, Suite 2775, Miami, FL, 33131
www.lit-us.com

This message is intended only for the personal and confidential use of the designated recipient (s) named above. If you are not the intended recipient, please delete this message. This communication is for information purposes only and is not intended to provide, and should not be relied on for, tax, legal or accounting advice. E-mail transmissions can not be guaranteed to be secure or error-free and therefore, it should not be relied upon.

**From:** carlosa@espinosaasociados.com <carlosa@espinosaasociados.com>
**Sent:** Saturday, November 11, 2023 3:07 AM
**To:** Robert Koffler <robert.koffler@lit-us.com>; Delia Lozano Luna <dll@rainmakergroup.com>

1

DEFENDANTS PRODUCTION 000303

Cc: cmontanap <cmontanap@gmail.com>
Subject: RE: TRANSFERENCIA PARTICIPACIONES LIT

robert

quede un poco perdido y realmente necesitamos imperativamente cerrar este tema de una forma u otra

a. Podemos transferir sus participaciones a El Gran Pote ya? o
b. Usted quiere que le enviemos primero un draft del O.A. para su revision y entonces si proceder?

disculpeme por ser tan directo, pero este tema viene aplazandose desde julio y como dije antes, ya se volvio muy compleja la situacion para nosotros frente a los bancos
Por favor dejeme saber, se que ustedes tienen mucha cosa en el plato, pero si hay dudas prefiero breve llamada el lunes, con Delia participandon en la misma y aclaramos
gracias
CARLOS A
<~WRD3514.jpg>
"The key is to keep company only with people who uplift you, whose presence calls forth your best."
Epictetus

> -------Original Message-------
> From: Robert Koffler <robert.koffler@lit-us.com>
> To: carlosa@espinosaasociados.com <carlosa@espinosaasociados.com>, Delia Lozano Luna <dll@rainmakergroup.com>
> Cc: cmontanap <cmontanap@gmail.com>
> Subject: RE: TRANSFERENCIA PARTICIPACIONES LIT
> Sent: 10 Nov '23 09:34
>
> Gracias
>
> | <~WRD3514.jpg> | **Robert Koffler** |
> | --- | --- |
> | | Founder & Chairman of the Board |
> | | <~WRD3514.jpg> (305) 530-1801  | <~WRD3514.jpg> (786) 493-3997 |
> | | <~WRD3514.jpg> 1111 Brickell Ave, Suite 2775,Miami,FL,33131 |
> | | <~WRD3514.jpg> www.lit-us.com |
>
> This message is intended only for the personal and confidential use of the designated recipient (s) named above. If you are not the intended recipient, please delete this message. This communication is for information purposes only and is not intended to provide, and should not be relied on for, tax, legal or accounting advice. E-mail transmissions can not be guaranteed to be secure or error-free and therefore, it should not be relied upon.
>
> -------- Original message --------
> From: carlosa@espinosaasociados.com
> Date: 11/10/23 7:31 AM (GMT-07:00)
> To: Robert Koffler <robert.koffler@lit-us.com>, Delia Lozano Luna <dll@rainmakergroup.com>
> Cc: cmontanap <cmontanap@gmail.com>
> Subject: RE: TRANSFERENCIA PARTICIPACIONES LIT
> solo te envie los certificados, OA no hemos hecho
> <~WRD3514.jpg>
> "The key is to keep company only with people who uplift you, whose presence calls forth your best." Epictetus

2

**DEFENDANTS PRODUCTION 000304**

-------Original Message-------
From: Robert Koffler <robert.koffler@lit-us.com>
To: carlosa@espinosaasociados.com <carlosa@espinosaasociados.com>, Delia Lozano Luna <dll@rainmakergroup.com>
Cc: cmontanap <cmontanap@gmail.com>
Subject: RE: TRANSFERENCIA PARTICIPACIONES LIT
Sent: 10 Nov '23 09:23

Hola Carlos, no veo el documento del LLC aparte de los certificados?

<~WRD3514.jpg>

**Robert Koffler**
Founder & Chairman of the Board

<~WRD3514.jpg> (305) 530-1801 | <~WRD3514.jpg> (786) 493-3997

<~WRD3514.jpg> 1111 Brickell Ave, Suite 2775, Miami, FL, 33131

<~WRD3514.jpg> **www.lit-us.com**

This message is intended only for the personal and confidential use of the designated recipient (s) named above. If you are not the intended recipient, please delete this message. This communication is for information purposes only and is not intended to provide, and should not be relied on for, tax, legal or accounting advice. E-mail transmissions can not be guaranteed to be secure or error-free and therefore, it should not be relied upon.

**From:** carlosa@espinosaasociados.com <carlosa@espinosaasociados.com>
**Sent:** Friday, November 10, 2023 5:26 AM
**To:** Robert Koffler <robert.koffler@lit-us.com>; Delia Lozano Luna <dll@rainmakergroup.com>
**Cc:** cmontanap <cmontanap@gmail.com>; Delia Lozano Luna <dll@rainmakergroup.com>
**Subject:** TRANSFERENCIA PARTICIPACIONES LIT

robert, buenos dias, espero todo bien en casa

Ya tenemos la compania para transferir las participaciones (adjunto documentos). La idea, conforme hablamos es que Mashta, Maite y/o RF, transfieran participaciones al cost basis, hecho llo cual usted transfiere las participaciones que permitan cubrir el pasivo con Mashta y en paralelo negociamos el side letter para la opcion de recompra que usted tendra sobre esas acciones.

Tricap, que ha participado en este proceso desde el inicio, esta terminando unas evaluaciones pues podrian resultar afectados con el esquema, pero la posicion entre Camilo y Gustavo es que los tres socios deben seguir juntos, actuar mancomunadamente y ninguno hacer nada que afecte a los otros y sobre todo al negocio.

Por lo pronto quiero que mire lo de la sociedad, me confirme que estamos listos y que me diga cuando hablamos para explicarle en detalle y sobre todo para fijar los puntos basicos del side letter/ option to buy y asi yo poder hacer un borrador de ese documento

saludos
CARLOS A

"The key is to keep company only with people who uplift you, whose presence calls forth your best." Epictetus

3

DEFENDANTS PRODUCTION 000305