

**KAUFMAN | ROSSIN**
cpa + advisors

# INVOICE

Accounts Payable
Lera Investments Technologies, Inc.
1111 Brickell Avenue, Ste. 2750
Miami, FL 33131

> ***Please send payments to our new address.***
> 3310 Mary Street, Suite 501
> Miami, FL 33133

Invoice No: 466147
Date: 03/27/2024
Client No: 83856000                          Client Administrator: Sharkey, K

Fees for Professional Services as follows:

| | |
|---|---:|
| 2022 / 2023 Personal Property Tax | $ 2,039.00 |
| TN Tax Notice 2021 | $ 115.00 |
| Tax Consulting - Cap Account | $ 1,180.00 |
| Technology and Administrative Fee | $ 166.70 |

| | |
|---|---:|
| Total for this invoice: | $ 3,500.70 |
| Plus amount outstanding on prior invoices: | $ 178,500.00 |
| Current Amount Due: | $ 182,000.70 |

**Wire instructions are as follows:**
REGIONS BANK
ABA# 062-005-690
Account# 9660148348
FBO: KAUFMAN ROSSIN & CO
Swift Code: UPNBUS44

**ACH Instructions are as follows:**
REGIONS BANK
ABA# 063-104-668
Account#  9660148348
FBO: KAUFMAN ROSSIN & CO

**Payment is due upon receipt.  Please reference your Client Number and Invoice Number with payment.**

A monthly finance charge of 1.5% will be applied to balances 60 days past due. All payments received will be applied first to any outstanding finance charge(s) and the balance will be applied to the oldest outstanding invoice(s).

| Total Due | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151 - 180 | Over 180 |
|---|---|---|---|---|---|---|---|
| $182,000.70 | $182,000.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

By Clicking on the Link below you will be able to:
✓ Pay with Credit Card or ACH ✓ View Your Invoices Online






305 858 5600 o
305 856 3284 f

3310 Mary Street, Suite 501
Miami, FL 33133

www.kaufmanrossin.com


Click Here to Pay with Credit Card or ACH


PRAXITY™
Empowering Business Globally

| Date | Engagement | Staff Name | Charge Code | Hours | Billed | Detail |
|---|---|---|---|---|---|---|
| 09/22/2023 | 334726- Tax Department Services OTHER | 1840- Grosmann, C | 8095- SALT | 0.25 | 108.75 | review schedule received, send to client for future discussion |
| 09/25/2023 | 334726- Tax Department Services OTHER | 2092- Rios, K | 8095- SALT | 0.50 | 375.00 | Conference call with cleint on Tangible personal property tax exposure and compliance |
| 09/25/2023 | 334726- Tax Department Services OTHER | 1840- Grosmann, C | 8095- SALT | 0.50 | 217.50 | conference call with client about TPP |
| 10/05/2023 | 334726- Tax Department Services OTHER | 2536- Knoll, C | 8078- Consulting | 0.50 | 230.00 | discuss cap acct issue with Vanessa & workpapers |
| 10/06/2023 | 334726- Tax Department Services OTHER | 2536- Knoll, C | 8078- Consulting | 0.25 | 115.00 | tel call Vanessa cap acct issue |
| 10/02/2023 | 334726- Tax Department Services OTHER | 2536- Knoll, C | 8078- Consulting | 1.00 | 460.00 | emails & ph call David cap acct issue |
| 10/03/2023 | 334726- Tax Department Services OTHER | 2536- Knoll, C | 6501- Tax Notices | 0.25 | 115.00 | TN Tax Notice 2021, email David re: P&I |
| 10/04/2023 | 334726- Tax Department Services OTHER | 2536- Knoll, C | 8078- Consulting | 0.25 | 115.00 | cap accts |
| 10/09/2023 | 334726- Tax Department Services OTHER | 2536- Knoll, C | 8078- Consulting | 0.25 | 115.00 | Q from Audit team on state allocations |
| 10/27/2023 | 334726- Tax Department Services OTHER | 2433- Stratos, P | 8078- Consulting | 0.25 | 193.75 | discuss AAR project |
| 10/27/2023 | 334726- Tax Department Services OTHER | 2536- Knoll, C | 5100- General Business Advice | 0.50 | 230.00 | discuss AAR and steps |
| 11/01/2023 | 334726- Tax Department Services OTHER | 2536- Knoll, C | 5100- General Business Advice | 0.25 | 115.00 | scheduling for AAR/SALT meeting |
| 11/03/2023 | 334726- Tax Department Services OTHER | 2433- Stratos, P | 8078- Consulting | 0.25 | 193.75 | rescheduled call for amended return, discuss plan with Carolla |
| 11/03/2023 | 334726- Tax Department Services OTHER | 2536- Knoll, C | 8078- Consulting | 0.25 | 115.00 | discuss AAR with Peter |
| 12/07/2023 | 334726- Tax Department Services OTHER | 2433- Stratos, P | 8078- Consulting | 0.50 | 387.50 | |
| 12/08/2023 | 334726- Tax Department Services OTHER | 2433- Stratos, P | 8078- Consulting | 0.50 | 387.50 | tax provision planning call |
| 12/05/2023 | 334726- Tax Department Services OTHER | 2536- Knoll, C | 5100- General Business Advice | 0.50 | 230.00 | request from client PY 1099s |
| 12/06/2023 | 334726- Tax Department Services OTHER | 2536- Knoll, C | 8078- Consulting | 1.00 | 460.00 | research into change of status, review info for 2023 YE |
| 12/07/2023 | 334726- Tax Department Services OTHER | 2536- Knoll, C | 5100- General Business Advice | 1.25 | 575.00 | Year-end meeting |
| 12/14/2023 | 334726- Tax Department Services OTHER | 2536- Knoll, C | 5100- General Business Advice | 0.50 | 230.00 | client request for copies of efilings |
| 03/05/2024 | 334726- Tax Department Services OTHER | 2092- Rios, K | 8078- Consulting | 0.25 | 193.75 | Conferenced call on tangible personal property tax filings - assessment risk |
| 03/05/2024 | 334726- Tax Department Services OTHER | 2433- Stratos, P | 8095- SALT | 0.25 | 200.00 | internal call re personal property returns |
| 03/07/2024 | 334726- Tax Department Services OTHER | 2900- Suh, H | 8095- SALT | 0.50 | 250.00 | personal property tangible assets call with client |
| 03/07/2024 | 334726- Tax Department Services OTHER | 2433- Stratos, P | 8095- SALT | 0.25 | 200.00 | call re PPT filings |
| 03/11/2024 | 334726- Tax Department Services OTHER | 2092- Rios, K | 8078- Consulting | 0.25 | 193.75 | Tangible Personal Property call - analysis |
| 03/11/2024 | 334726- Tax Department Services OTHER | 2433- Stratos, P | 8095- SALT | 0.25 | 200.00 | discuss PPT project |
| 03/11/2024 | 334726- Tax Department Services OTHER | 2900- Suh, H | 8095- SALT | 0.20 | 100.00 | Personal Property meeting |
| 03/18/2024 | 334726- Tax Department Services OTHER | 2433- Stratos, P | 8109- ASC 740 | 0.50 | 400.00 | |
| 03/18/2024 | 334726- Tax Department Services OTHER | 2229- Maya, D | 8109- ASC 740 | 0.50 | 305.00 | Tax provision meeting |
| | | | | 12.45 | $3,334.00 | |

# KAUFMAN | ROSSIN
cpa + advisors

# INVOICE

Accounts Payable
Lera Investments Technologies, Inc.
1111 Brickell Avenue, Ste. 2750
Miami, FL 33131

***Please send payments to our new address.***
3310 Mary Street, Suite 501
Miami, FL 33133

Invoice No: 475445

Date: 06/26/2024

Client No: 83856000                                    Client Administrator: Sharkey, K

Fees for Professional Services as follows:

| | |
|---|---:|
| ASC 740 - Income Tax Calculation - Complete | $ 20,992.00 |
| SALT - Tangible Personal Property Tax Calculation for Provision - Complete | $ 1,163.00 |
| Texas Return Preparation - Notice Response - In Process | $ 400.00 |
| Consulting : | $ 593.00 |

- IDF on assets by State.

-Review Option Agreement

| | |
|---|---:|
| Technology and Administrative Fee | $ 1,157.40 |

| | |
|---|---:|
| Total for this invoice: | $ 24,305.40 |
| Plus amount outstanding on prior invoices: | $ 333,688.39 |
| Current Amount Due: | $ 357,993.79 |

**Wire instructions are as follows:**
REGIONS BANK
ABA# 062-005-690
Account# 9660148348
FBO: KAUFMAN ROSSIN & CO
Swift Code: UPNBUS44

**ACH Instructions are as follows:**
REGIONS BANK
ABA# 063-104-668
Account # 9660148348
FBO: KAUFMAN ROSSIN & CO

**Payment is due upon receipt.  Please reference your Client Number and Invoice Number with payment.**

**A monthly finance charge of 1.5% will be applied to balances 60 days past due. All payments received will be
applied first to any outstanding finance charge(s) and the balance will be applied to the oldest outstanding invoice(s).**

By Clicking on the Link below you will be able to:
✓ Pay with Credit Card or ACH   ✓ View Your Invoices Online

   


305 858 5600 o
305 856 3284 f

3310 Mary Street, Suite 501
Miami, FL 33133


www.kaufmanrossin.com


Click Here to Pay with
Credit Card or ACH


PRAXITY™
Empowering Business Globally

| Date | Engagement | Staff Name | Charge Code | Hours | Billed | Detail |
|---|---|---|---|---|---|---|
| 03/28/2024 | 334726- Tax Department Services OTHER | 2438- Norori, J | 8413- Document Aggregation | 0.10 | 28.00 | reach out to manager regarding extension |
| 04/19/2024 | 334726- Tax Department Services OTHER | 2433- Stratos, P | 8109- ASC 740 | 0.25 | 200.00 | discuss and plan for provision |
| 04/24/2024 | 334726- Tax Department Services OTHER | 2900- Suh, H | 8109- ASC 740 | 1.00 | 500.00 | kick off meeting, work on international |
| 04/24/2024 | 334726- Tax Department Services OTHER | 2229- Maya, D | 8109- ASC 740 | 0.50 | 305.00 | Tax Provision Meeting |
| 04/24/2024 | 334726- Tax Department Services OTHER | 2246- Charur, A | 8109- ASC 740 | 0.50 | 160.00 | 2023 tax provision planning |
| 04/29/2024 | 334726- Tax Department Services OTHER | 2650- Johnson, H | 8109- ASC 740 | 1.50 | 420.00 | Discuss and understand client for provision, review PY information, PBC list create |
| 04/29/2024 | 334726- Tax Department Services OTHER | 2900- Suh, H | 8109- ASC 740 | 0.50 | 250.00 | |
| 05/01/2024 | 334726- Tax Department Services OTHER | 2650- Johnson, H | 8109- ASC 740 | 8.00 | 2,240.00 | provision workpaper set up |
| 04/29/2024 | 334726- Tax Department Services OTHER | 2229- Maya, D | 8109- ASC 740 | 0.50 | 305.00 | Tax Provision Meeting |
| 05/02/2024 | 334726- Tax Department Services OTHER | 2650- Johnson, H | 8109- ASC 740 | 3.00 | 840.00 | Finish deferreds and provision set up, check formulas |
| 03/19/2024 | 334726- Tax Department Services OTHER | 1840- Grosmann, C | 8095- SALT | 0.25 | 116.25 | email to client |
| 05/03/2024 | 334726- Tax Department Services OTHER | 2650- Johnson, H | 8109- ASC 740 | 2.00 | 560.00 | discuss provision, add OCI, PBC requests |
| 05/03/2024 | 334726- Tax Department Services OTHER | 2900- Suh, H | 8109- ASC 740 | 0.25 | 125.00 | |
| 05/06/2024 | 334726- Tax Department Services OTHER | 2900- Suh, H | 8109- ASC 740 | 1.10 | 550.00 | contact client for info request |
| 05/08/2024 | 334726- Tax Department Services OTHER | 2650- Johnson, H | 8109- ASC 740 | 1.00 | 280.00 | call with auditors, changes to tax provision file based on entries and auditors updates |
| 05/09/2024 | 334726- Tax Department Services OTHER | 2246- Charur, A | 8109- ASC 740 | 3.00 | 960.00 | Initial review 2023 tax provision |
| 05/10/2024 | 334726- Tax Department Services OTHER | 2650- Johnson, H | 8109- ASC 740 | 0.70 | 196.00 | PBC list updates, discuss with team |
| 05/10/2024 | 334726- Tax Department Services OTHER | 2900- Suh, H | 8109- ASC 740 | 1.25 | 625.00 | international |
| 05/13/2024 | 334726- Tax Department Services OTHER | 2650- Johnson, H | 8109- ASC 740 | 0.50 | 140.00 | meet with team and client to discuss open items |
| 05/14/2024 | 334726- Tax Department Services OTHER | 2900- Suh, H | 8109- ASC 740 | 0.25 | 125.00 | |
| 05/13/2024 | 334726- Tax Department Services OTHER | 2433- Stratos, P | 8109- ASC 740 | 0.25 | 200.00 | discuss provision plan/schedule |
| 05/15/2024 | 334726- Tax Department Services OTHER | 2650- Johnson, H | 8109- ASC 740 | 0.20 | 56.00 | meet to discuss updates to make for provision |
| 05/16/2024 | 334726- Tax Department Services OTHER | 2900- Suh, H | 8093- Cost Segregation Analysis | 0.25 | 125.00 | |
| 05/15/2024 | 334726- Tax Department Services OTHER | 2246- Charur, A | 8109- ASC 740 | 2.00 | 640.00 | AJEs for US entities for tax provision |
| 05/17/2024 | 334726- Tax Department Services OTHER | 2433- Stratos, P | 8078- Consulting | 0.50 | 400.00 | review option agreement for Mark & El Clearly Holdings |
| 05/17/2024 | 334726- Tax Department Services OTHER | 2900- Suh, H | 8109- ASC 740 | 0.25 | 125.00 | |
| 05/17/2024 | 334726- Tax Department Services OTHER | 2650- Johnson, H | 8109- ASC 740 | 2.00 | 560.00 | tax provision: changes and edits |
| 05/21/2024 | 334726- Tax Department Services OTHER | 2650- Johnson, H | 8109- ASC 740 | 0.50 | 140.00 | tax provision updates to documentation and ask questions back to auditors |
| 05/22/2024 | 334726- Tax Department Services OTHER | 2092- Rios, K | 8078- Consulting | 0.25 | 193.75 | correspondence/follow up on IDR/client request on assets by state |
| 05/22/2024 | 334726- Tax Department Services OTHER | 2246- Charur, A | 8109- ASC 740 | 8.00 | 2,560.00 | Initial review 2023 US tax provision |
| 05/22/2024 | 334726- Tax Department Services OTHER | 2900- Suh, H | 8109- ASC 740 | 0.25 | 125.00 | planning TP |
| 05/22/2024 | 334726- Tax Department Services OTHER | 2433- Stratos, P | 8109- ASC 740 | 0.25 | 200.00 | discuss SALT issues related to provision |
| 05/13/2024 | 334726- Tax Department Services OTHER | 2229- Maya, D | 8109- ASC 740 | 0.50 | 305.00 | Tax Provision Meeting |
| 05/03/2024 | 334726- Tax Department Services OTHER | 2229- Maya, D | 8109- ASC 740 | 0.50 | 305.00 | Tax provision meeting |
| 05/24/2024 | 334726- Tax Department Services OTHER | 2900- Suh, H | 8094- International Tax Consulting | 0.75 | 375.00 | Do not charge - Transfer Pricing meeting |
| 05/24/2024 | 334726- Tax Department Services OTHER | 2900- Suh, H | 8109- ASC 740 | 2.75 | 1,375.00 | review |
| 05/25/2024 | 334726- Tax Department Services OTHER | 2900- Suh, H | 8109- ASC 740 | 4.30 | 2,150.00 | review |
| 05/23/2024 | 334726- Tax Department Services OTHER | 1840- Grosmann, C | 8095- SALT | 1.75 | 813.75 | TPP exposure calculationn |
| 05/29/2024 | 334726- Tax Department Services OTHER | 2900- Suh, H | 8109- ASC 740 | 1.25 | 625.00 | TPP call 0.15update provision wp |
| 05/28/2024 | 334726- Tax Department Services OTHER | 1840- Grosmann, C | 8095- SALT | 0.50 | 232.50 | TPP emails on calculation |
| 05/30/2024 | 334726- Tax Department Services OTHER | 2900- Suh, H | 8109- ASC 740 | 0.50 | 250.00 | review |
| 05/30/2024 | 334726- Tax Department Services OTHER | 2246- Charur, A | 8109- ASC 740 | 2.00 | 640.00 | Updated provision for audit AJEs & stock comp |
| 05/24/2024 | 334726- Tax Department Services OTHER | 2229- Maya, D | 8109- ASC 740 | 0.50 | 305.00 | Discussion on TP and provision |
| 06/04/2024 | 334726- Tax Department Services OTHER | 2433- Stratos, P | 8109- ASC 740 | 0.50 | 400.00 | |
| 06/06/2024 | 334726- Tax Department Services OTHER | 2229- Maya, D | 8109- ASC 740 | 2.00 | 1,250.00 | tax provision review |
| 06/18/2024 | 334726- Tax Department Services OTHER | 2198- Lindsay, D | 8095- SALT | 1.25 | 400.00 | Prepared Texas return |
| | | | | 59.90 | $23,148.00 | |